1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    NAPOLEON CARTER,

11              Plaintiff,              No. CIV S-07-1764 GEB KJM P

12        vs.

13    J. WALKER,

14              Defendant.              FINDINGS & RECOMMENDATIONS

15    _____/

16              Petitioner is a state prison inmate proceeding pro se with a civil rights action

17    under 42 U.S.C. § 1983.  He has requested leave to proceed in forma pauperis pursuant to 28

18    U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28

19    U.S.C. § 636(b)(1).

20              The in forma pauperis statute permits federal district courts to

21                   authorize the commencement, prosecution or
                     defense of any suit, action or proceeding, civil or
22                   criminal . . . without prepayment of fees or security
                     therefor, by a person who submits an affidavit that
23                   includes a statement of all assets such prisoner
                     possesses that the person is unable to pay such fees
24                   or give security therefor. Such affidavit shall state
                     the nature of the action . . . and affiant's belief that
25                   the person is entitled to redress.

26    28 U.S.C. § 1915(a)(1).  A court may deny leave to proceed in forma pauperis if it appears from

                                              1

the face of the proposed complaint that the action is frivolous.  <u>Minetti v. Port of Seattle</u>, 152 F.3d 1113 (9th Cir. 1998).  In determining whether an action is frivolous, the court may "pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless."  <u>Neitzke v. Williams</u>, 490 U.S. 319, 327 (1989).  Such allegations include those "describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar."  <u>Neitzke</u>, 490 U.S. at 328; <u>see also</u> <u>Denton v. Hernandez</u>, 504 U.S. 25, 33 (1992) (finding of frivolousness appropriate when allegations are irrational or wholly incredible).

Plaintiff alleges that after he was placed in housing unit C4-228, he was "affected with nest egg" in the cell window and that his personal seed has been removed.

The court finds these allegations frivolous.

IT IS HEREBY RECOMMENDED that plaintiff's request to proceed in forma pauperis be denied and the action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  December 5, 2007.

_____
U.S. MAGISTRATE JUDGE

2

1   cart1764.56
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26